

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00609-CV

Allison **WHITE**,

v.

Jason **WALSH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Appellant's a motion for an extension of time to file the bill of exception is granted. We **ORDER** that the appellant's bill of exception, if any, is due by October 15, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court